UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDEEP SINGH,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, *et al.*,<br><br>Defendants. | No. 1:26-cv-2910-KES-EPG<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO DISMISS<br><br>(ECF No. 8) |

Plaintiff Amandeep Singh is proceeding *pro se* in this civil action seeking relief under the Administrative Procedure Act, 5 U.S.C. § 555(b) and 706, and the Mandamus Act, 28 U.S.C. § 1361 for Writ of Mandamus. (ECF No. 1)

On July 8, 2026, Defendants filed a motion to dismiss. (ECF No. 8). Plaintiff had thirty days to file his response but failed to do so.

When responding to a civil motion filed within the Eastern District, Local Rule 230 (c) provides that "A failure to file a timely opposition may also be construed by the Court as a non-opposition to the motion." E.D. Loc. Rule 230(c).

Although *pro se* litigants are responsible for following court rules, the Court construes pleadings liberally in their favor. *Ghazali v. Moran,* 46 F.3d 52, 54 (9th Cir.1995). As such, the Court will give Plaintiff one more opportunity to file a response.

Accordingly, based on the foregoing, IT IS HEREBY ORDERED that:

1. Within twenty-one days from the date of service of this order, i.e., August 27,

2026, Plaintiff shall file an opposition or a statement of non-opposition to Defendants' motion to dismiss.

2. If Plaintiff fails to comply with this order, the Court may recommend that Defendants' motion to dismiss be granted, or that this case be dismissed for failure to prosecute and failure to comply with a court order.

IT IS SO ORDERED.

Dated: **August 27, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE